# EXHIBIT E

CAUSE NO. 2019-34522

| | | |
|---|---|---|
| MARK FLORA | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| TRANSOCEAN DRILLING (USA), INC., | § | |
| ET AL. | § | 234TH JUDICIAL DISTRICT |

## DECLARATION

1. My name is Christina K. Schovajsa. I am over twenty-one years of age, of sound mind, and am fully competent and qualified to make the statements set forth below. My business address is 808 Travis Street, Suite 1300, Houston, Texas 77002. In compliance with Texas Civil Practice and Remedies Code Section 132.001, I declare under penalty of perjury that all matters stated herein are true and correct based upon my personal knowledge and/or my own investigation into the facts of this matter.

2. I am the counsel of record for Seadrill Gulf Operations Neptune, LLC.

3. I have read the Original Petition filed as Cause 2019-34522 in the 234th Judicial District Court of Harris County, Texas, styled *Mark Flora v. Transocean Drilling (USA), Inc.* and hereinafter referred to as "this Lawsuit".

4. By an email dated June 27, 2019, counsel for Gulf Logistics LLC and Gulf Logistics Operating, Inc. (which were identified by counsel as the owner and operator, respectively, of the *Maggie A*) advised that they consented to removal of this Lawsuit to federal court without waiver of any substantive or procedural defenses these entities may have.

5. In that same email, counsel for Gulf Logistics LLC and Gulf Logistics Operating, Inc. also advised that the named defendant "Gulf Logistics Services, LLC" is not affiliated with either of his clients.

6. Based on information available from the Louisiana Secretary of State (accessible at https://coraweb.sos.la.gov/commercialsearch/CommercialSearchDetails.aspx?CharterID=11 79967_97F2E407C6), Gulf Logistics Services, LLC's registered agent for service of process is Toby J. Hebert, 138 East 6th Street, Larose, Louisiana 70373.

7. A true and correct copy of the search results for Gulf Logistics Services, LLC from the Louisiana Secretary of State's website is attached hereto as Exhibit 1.

Executed in Houston, Texas on the 28th day of June, 2019.

Signature: _____
Name: Christina K. Schovajsa
Title: Counsel of record for Seadrill Gulf Operations Neptune, LLC
Company: Eastham, Watson, Dale, & Forney L.L.P.

# EXHIBIT 1



**State of Louisiana Secretary of State**

**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| GULF LOGISTICS SERVICES, L.L.C. | Limited Liability Company | LAROSE | Active |

**Previous Names**

**Business:** GULF LOGISTICS SERVICES, L.L.C.
**Charter Number:** 42186200K
**Registration Date:** 2/25/2016

**Domicile Address**
    138 EAST 6TH STREET
    LAROSE, LA 70373

**Mailing Address**
    C/O TOBY J. HEBERT
    138 EAST 6TH STREET
    LAROSE, LA 70373

# Status

| | |
|---|---|
| Status: | Active |
| Annual Report Status: | Not In Good Standing for failure to file Annual Report |
| File Date: | 2/25/2016 |
| Last Report Filed: | 9/19/2017 |
| Type: | Limited Liability Company |

# Registered Agent(s)

| Agent: | TOBY J. HEBERT |
|---|---|
| Address 1: | 138 EAST 6TH STREET |
| City, State, Zip: | LAROSE, LA 70373 |
| Appointment Date: | 2/25/2016 |

# Officer(s)

Additional Officers: No

| Officer: | TOBY J. HEBERT |
|---|---|
| Title: | Manager, Member |
| Address 1: | 138 EAST 6TH STREET |
| City, State, Zip: | LAROSE, LA 70373 |

| Officer: | PAMELA SAVOIE |
|---|---|
| Title: | Manager, Member |
| Address 1: | 138 EAST 6TH STREET |
| City, State, Zip: | LAROSE, LA 70373 |

# Amendments on File

**No Amendments on file**

Print