IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARK FLORA § | |
| § | |
| VS. § | C.A. NO. 4:19-CV-2328 |
| § | |
| TRANSOCEAN DRILLING § | |
| (USA), INC., ET AL. § | |

## LLOG EXPLORATION OFFSHORE, L.L.C.'S INITIAL DISCLOSURES

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendant LLOG Exploration Offshore, L.L.C. ("LLOG") serves the following initial disclosures. LLOG expressly reserves the right to supplement its initial disclosures pursuant to Rule 26(e). In making these disclosures, LLOG does not waive any objections or claims of privilege or protection otherwise applicable to these disclosures.

1. **Identity of individuals likely to have discoverable information**

    a. **Mark Flora**

    c/o John Sheppard
    Morrow & Sheppard LLP
    3701 Kirby Drive, Suite 1000
    Houston, Texas 77098
    Tel.: (713) 489-1206

    Mr. Flora is the plaintiff in this case and has discoverable information regarding his claims and the defendants' defenses.

    b.    **Grand Isle Shipyard, LLC**
**GIS, LLC (Grand Isle Shipyards, LLC)**

        c/o Michael D. Williams
Brown Sims, P.C.
1177 West Loop South
Tenth Floor
Houston, Texas 77027
Tel.: (713) 629-1580

        Corporate representatives of Grand Isle Shipyards may have discoverable information regarding the parties' claims and defenses.

    c.    **Adam Simoneaux, HSE Specialist and Trainer, Grand Isle Shipyard, LLC**

        c/o Michael D. Williams
Brown Sims, P.C.
1177 West Loop South
Tenth Floor
Houston, Texas 77027
Tel.: (713) 629-1580

        Mr. Simoneaux is an employee of Grand Isle Shipyards and may have discoverable information regarding the parties' claims and defenses.

    d.    **Eric Callais, Corporate HSE Director, Grand Isle Shipyard, LLC**

        c/o Michael D. Williams
Brown Sims, P.C.
1177 West Loop South
Tenth Floor
Houston, Texas 77027
Tel.: (713) 629-1580

Mr. Callais is an employee of Grand Isle Shipyards and may have discoverable information regarding the parties' claims and defenses.

e. **Seadrill Gulf Operations Neptune LLC**

c/o Robert L. Klawetter
Eastham Watson Dale & Forney LLP
The Niels Esperson Building
808 Travis Street, Suite 1300
Houston, Texas 77002
Tel.: (713) 291-1240

Corporate representatives of Seadrill Gulf Operations Neptune LLC may have discoverable information regarding the parties' claims and defenses.

f. **Gulf Logistics Operating, LLC**

c/o Alan J. Meche
Allen & Gooch
P.O. Box 81129
Lafayette, Louisiana 70598
Tel.: (337) 291-1240

Corporate representatives of Gulf Logistics Operating, LLC may have discoverable information regarding the parties' claims and defenses.

g. **Gulf Logistics, LLC**

c/o Alan J. Meche
Allen & Gooch
P.O. Box 81129
Lafayette, Louisiana 70598
Tel.: (337) 291-1240

Corporate representatives of Gulf Logistics, LLC may have discoverable information regarding the parties' claims and defenses.

> h. **LLOG Exploration Offshore, L.L.C.**
>
> c/o Michael G. Lemoine
> Jones Walker LLP
> P.O. Box 3408
> Lafayette, Louisiana 70502
> Tel.: (337) 593-7607
>
> Corporate representatives of LLOG Exploration Offshore, L.L.C. may have discoverable information regarding the parties' claims and defenses.
>
> i. **Former and current representatives of Transocean Drilling (USA) Inc.**
>
> Contact information unknown
>
> Corporate representatives of Transocean Drilling (USA) Inc. may have discoverable information regarding the parties' claims and defenses.
>
> j. **Former and current representatives of Gulf Logistics Services, LLC**
>
> Contact information unknown
>
> Corporate representatives of Gulf Logistics Services, LLC may have discoverable information regarding the parties' claims and defenses.
>
> k. **C&G Boats, Inc.**
>
> 1216 South Bayou Drive
> Golden Meadow, Louisiana 70357
>
> Corporate representatives of C&G Boats, Inc. may have discoverable information regarding the parties' claims and defenses.

l. **Plaintiff's medical providers, including**

1. Dr. Sun Nguyen, North Loop Minor Emergency Care, 615 North Loop East 100, Houston, Texas 77022, Tel.: (832) 380-2580.

2. Michael Roberts, DC, Southeast Injury Clinic, 8866 Gulf Freeway, Suite 122, Houston, Texas, 77017, Tel.: 832-834-5096.

3. Dr. Nicholas Iwasko, MRI Centers of Texas – Houston, 1414 South Loop West, Suite 120, Houston, Texas 77054, Tel.: (866) 931-3811.

4. Dr. Andrew Lee, Spine & Orthopedic Surgical Institute, 2656 South Loop West, Suite 595, Houston, Texas 77054, Tel.: (346) 980-8700.

5. Dr. Gregory P. Harvey, Patient First Orthopedics, 4802 E. Sam Houston Parkway South, Suite 110, Pasadena, Texas 77505, Tel.: (281) 487-1111.

m. **Expert Witnesses** – to be determined with the Court's Scheduling Order.

n. **Persons identified in discovery responses and disclosures by any party**

LLOG incorporates by reference any witness identified by any party in any discovery responses or disclosure responses (including in any documents voluntarily produced by any party).

2. **Relevant documents**

LLOG is in the process of searching for relevant documents and/or other items, and will produce any responsive documents as they are located.

3. **Computation of damages**

LLOG has not asserted a claim for damages at this time.

4. **Insurance agreements**

LLOG is unware of any applicable insurance agreements at this time.

Dated: January 13, 2020

Respectfully submitted,

**JONES WALKER LLP**

MICHAEL G. LEMOINE,
Attorney in Charge (*pro hac vice*)
600 Jefferson Street, Suite 1600
Lafayette, LA 70501
Telephone: (337) 593-7607
Facsimile: (337) 593-7601
Email:mlemoine@joneswalker.com

and

*/s/ Daniel J. Baldwin*
Daniel J. Baldwin, Of Counsel
State Bar No.: 24078184
S.D. Texas No. 1902695
811 Main, Suite 2900
Houston, Texas 77002
Telephone: (713) 437-1805
Facsimile: (713) 437-1810
Email: dbaldwin@joneswalker.com

***ATTORNEYS FOR DEFENDANT LLOG EXPLORATION OFFSHORE, L.L.C.***

## **CERTIFICATE OF SERVICE**

      I certify that I that I forwarded a true and correct copy of the foregoing to all counsel of record on this the 13th day of January 2020.

| | |
|---|---|
| *<u>Via Electronic Mail</u>*<br>John D. Sheppard<br>Nicholas A. Morrow<br>Daniel E. Sheppard<br>Morrow & Sheppard LLP<br>3701 Kirby Dr., Ste. 1000<br>Houston, Texas 77098 | *<u>Via Electronic Mail</u>*<br>Michael D. Williams<br>John G. H. Davis<br>Brown Sims<br>1177 West Loop South, Tenth Floor<br>Houston, Texas 77027<br>mwilliams@brownsims.com<br>jdavis@bronwsims.com |

*<u>Via Electronic Mail</u>*
Alan J. Meche
Randy Theunissen
Allen & Gooch
P.O. Box 81129
Lafayette, Louisiana 70598
AlanMeche@AllenGooch.com
RandyTheunissen@AllenGooch.com

                                        */s/ Daniel J. Baldwin*_____
                                        Daniel J. Baldwin