UNITED STATES DISTRICT COURT***SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 02, 2020
David J. Bradley, Clerk

Mark Flora,
    Plaintiff,

vs.     C.A. No. H-19-2328

Transocena Drilling (USA) Inc., et al,
    Defendants.

## AMENDED RULE 16 SCHEDULING ORDER

The following schedule shall be followed. All communications concerning the case shall be directed in writing to Ellen Alexander, Case Manager for United States District Judge David Hittner, P.O. Box 61010, Houston, TX 77208.

1. __N/A__      NEW PARTIES shall be joined, with leave of court, by this date. The attorney causing such joinder shall provide copies of this ORDER to the new parties.

2. __N/A__      PLAINTIFF shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be filed within 60 days of the designation.

B. __N/A__      DEFENDANT shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be filed within 60 days of the designation.

3. __N/A__      AMENDMENTS to pleadings, **with** leave of court, shall be made by this date.

4. __April 2, 2021__      DISCOVERY shall be completed by this date.

5. __May 3, 2021__      MOTION CUT-OFF. No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown. See LR 7.

6. __June 30, 2021__      The JOINT PRETRIAL ORDER shall be filed on or before this date notwithstanding that a motion for continuance may be pending. Parties shall exchange all trial exhibits on or before this date notwithstanding that a motion for continuance may be pending. NO LATE EXCHANGES OF EXHIBITS WILL BE PERMITTED. All motions in limine shall be submitted with the pretrial order. Failure to file timely a joint pretrial order, motions in limine, or exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

7. __August, 2021__      TRIAL DATE.

**All documents filed must be 14 point font, double spaced with not less than one inch margins.**

SIGNED on __Oct 30, 2020__

_____
DAVID HITTNER
United States District Judge