IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mark Flora, | § | |
| | § | |
| v. | § | Civil Action H-19-2328 |
| | § | |
| Transocean Drilling (USA) | § | |

## **ORDER**

Pending before the Court is the Defendant Grand Isle Shipyard, LLC's Motion for Leave to File Amended Answer (Document # 41). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be granted. Accordingly, the Court hereby

ORDERS that the Motion for Leave to File Amended Answer (Doc. # 41) is GRANTED.

SIGNED at Houston, Texas, on this 24th day of November, 2020.


_____
DAVID HITTNER
United States District Judge