

# SAMM Master Log
## For Asset: Maggie A
## For Customer: LLOG Exploration

**Log Date: 05/24/2017**

| From | Start Loc | To | End Loc | Activity Type / Customer | Duration | Remarks |
|---|---|---|---|---|---|---|
| 00:00 | GC-390 | 03:00 | GC-390 | Underway / LLOG Exploration | 00:03:00 | 3lifts |
| 03:00 | GC-390 | 04:00 | GC-390 | Cargo Operations / LLOG Exploration | 00:01:00 | |
| 04:00 | GC-390 | 09:45 | LLOG Dock - Fourchon, LA | Underway / LLOG Exploration | 00:05:45 | 0lifts |
| 09:45 | LLOG Dock - Fourchon, LA | 24:00 | LLOG Dock - Fourchon, LA | Standing By / LLOG Exploration | 00:14:15 | |
| | | | | **Total:** | 24:00 | |

| Fuel Data (Gallons) | |
|---|---|
| Beginning Balance: | 18,800.00 |
| Total Transferred: | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| Consumed In Service: | -2,800.00 |
| Adjustments: | 0.00 |
| Ending Balance: | 16,000.00 |

| Lube Oil Data (Gallons) | |
|---|---|
| Beginning Balance: | 100.00 |
| Total Transferred: | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| Consumed In Service: | 0.00 |
| Adjustments: | 0.00 |
| Ending Balance: | 100.00 |

| Hydraulic Oil Data (Gallons) | |
|---|---|
| Beginning Balance: | 0.00 |
| Total Transferred: | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| Consumed In Service: | 0.00 |
| Adjustments: | 0.00 |
| Ending Balance: | 0.00 |

| Commodity Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Time | Transaction | Commodity | Amount | Unit | Ticket # / AFE | Location |
| 16:39 | Consumed in Service | Fuel | -2,800.00 | Gallons | | GC-390 |

| Weather | | | | | | |
|---|---|---|---|---|---|---|
| 12:00 | Seas: | In Port | Winds: | 10-15 Knots | Direction: | NW |
| | Visibility: | Horizon | Currents: | In Port | Direction: | In Port |
| | Conditions: | Good | | | Swells: | In Port |

| Crew Onboard | | | |
|---|---|---|---|
| Captain | James, Lester | | All Day |
| Captain | Manuel, Jody | | All Day |
| Deckhand | Bolt, Bruce | | All Day |
| Deckhand | Leday, Jermey | | All Day |
| Deckhand | Flora, Mark | | All Day |
| Deckhand | Leblanc, Dakota | | All Day |

| Running Hours | |
|---|---|
| Engine Name | Hours |
| BT 1 | - |
| BT 2 | - |
| GEN 1 | 24.00 |
| GEN 2 | 1.00 |
| ME 1 | 10.00 |
| ME 2 | 10.00 |
| ME 3 | 10.00 |
| ME 4 | 10.00 |

| Commodity Totals | | |
|---|---|---|
| Commodity | Amount | Unit |

EXHIBIT 2

Flora v. Transocean

| Gear Oil Data (Gallons) | |
|---|---:|
| Beginning Balance: | 0.00 |
| Total Transferred: | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| Consumed In Service: | 0.00 |
| Adjustments: | 0.00 |
| Ending Balance: | 0.00 |



**Captain's Signature
For the Maggie A
Log Date: 5/24/2017**



**SAMM Master Log**
**For Asset: Maggie A**
**For Customer: LLOG Exploration**

11828 Highway 1
Larose, LA 70373

## Log Date: 05/25/2017

| From | Start Loc | To | End Loc | Activity Type / Customer | Duration | Remarks |
|---|---|---|---|---|---|---|
| 00:00 | LLOG Dock - Fourchon, LA | 00:30 | LLOG Dock - Fourchon, LA | Standing By / LLOG Exploration | 00:00:30 | |
| 00:30 | LLOG Dock - Fourchon, LA | 06:00 | GC-390 | Underway / LLOG Exploration | 00:05:30 | w 19lifts and 5 passengers |
| 06:00 | GC-390 | 09:30 | GC-390 | Cargo Operations / LLOG Exploration | 00:03:30 | |
| 09:30 | GC-390 | 14:30 | LLOG Dock - Fourchon, LA | Underway / LLOG Exploration | 00:05:00 | w2lifts and 5 passengers |
| 14:30 | LLOG Dock - Fourchon, LA | 24:00 | LLOG Dock - Fourchon, LA | Standing By / LLOG Exploration | 00:09:30 | |
| | | | | **Total:** | 24:00 | |

| Fuel Data (Gallons) | |
|---|---|
| **Beginning Balance:** | 16,000.00 |
| **Total Transferred:** | 20,500.00 |
| Off: | 0.00 |
| On: | 20,500.00 |
| **Consumed In Service:** | -3,200.00 |
| **Adjustments:** | 0.00 |
| **Ending Balance:** | 33,300.00 |

| Commodity Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Time | Transaction | Commodity | Amount | Unit | Ticket # / AFE | Location |
| 17:47 | On Load | Fuel | 20,500.00 | Gallons | 24467 / N/A | Stone Fuel |
| 17:48 | Consumed in Service | Fuel | -2,800.00 | Gallons | | GC-390 |
| 20:25 | Consumed in Service | Fuel | -400.00 | Gallons | | LLOG Dock |

| Weather | | | | | |
|---|---|---|---|---|---|
| 17:00 | **Seas:** In Port | **Winds:** 5-10 Knots | **Direction:** SW |
| | **Visibility:** Horizon | **Currents:** In Port | **Direction:** In Port |
| | **Conditions:** Good | | **Swells:** In Port |

| Lube Oil Data (Gallons) | |
|---|---|
| **Beginning Balance:** | 100.00 |
| **Total Transferred:** | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| **Consumed In Service:** | 0.00 |
| **Adjustments:** | 0.00 |
| **Ending Balance:** | 100.00 |

| Crew Onboard | | |
|---|---|---|
| Captain | James, Lester | All Day |
| Captain | Manuel, Jody | All Day |
| Deckhand | Bolt, Bruce | All Day |
| Deckhand | Leday, Jermey | All Day |
| Deckhand | Flora, Mark | All Day |
| Deckhand | Leblanc, Dakota | All Day |

| Running Hours | |
|---|---|
| Engine Name | Hours |
| BT 1 | - |
| BT 2 | - |
| GEN 1 | 4.00 |
| GEN 2 | 24.00 |
| ME 1 | 14.00 |
| ME 2 | 14.00 |
| ME 3 | 14.00 |
| ME 4 | 14.00 |

| Commodity Totals | | |
|---|---|---|
| Commodity | Amount | Unit |

| Hydraulic Oil Data (Gallons) | |
|---|---|
| **Beginning Balance:** | 0.00 |
| **Total Transferred:** | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| **Consumed In Service:** | 0.00 |
| **Adjustments:** | 0.00 |
| **Ending Balance:** | 0.00 |

Flora v. Transocean

**GLO/LLOG 00259**

| Gear Oil Data (Gallons) | |
|---|---:|
| **Beginning Balance:** | 0.00 |
| **Total Transferred:** | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| **Consumed In Service:** | 0.00 |
| **Adjustments:** | 0.00 |
| **Ending Balance:** | 0.00 |

**Captain's Signature
For the Maggie A
Log Date: 5/25/2017**



# SAMM Master Log
## For Asset: Maggie A
## For Customer: LLOG Exploration

11828 Highway 1
Larose, LA 70373

### Log Date: 05/26/2017

| From | Start Loc | To | End Loc | Activity Type / Customer | Duration | Remarks |
|---|---|---|---|---|---|---|
| 00:00 | LLOG Dock - Fourchon, LA | 07:45 | LLOG Dock - Fourchon, LA | Standing By / LLOG Exploration | 00:07:45 | |
| 07:45 | LLOG Dock - Fourchon, LA | 12:45 | GC-390 | Underway / LLOG Exploration | 00:05:00 | w 6 lifts |
| 12:45 | GC-390 | 14:15 | GC-390 | Cargo Operations / LLOG Exploration | 00:01:30 | |
| 14:15 | GC-390 | 19:15 | LLOG Dock - Fourchon, LA | Underway / LLOG Exploration | 00:05:00 | lite boat |
| 19:15 | LLOG Dock - Fourchon, LA | 24:00 | LLOG Dock - Fourchon, LA | Standing By / LLOG Exploration | 00:04:45 | |
| | | | | Total: | 24:00 | |

| Fuel Data (Gallons) | |
|---|---|
| Beginning Balance: | 33,300.00 |
| Total Transferred: | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| Consumed In Service: | -3,200.00 |
| Adjustments: | 0.00 |
| Ending Balance: | 30,100.00 |

| Lube Oil Data (Gallons) | |
|---|---|
| Beginning Balance: | 100.00 |
| Total Transferred: | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| Consumed In Service: | 0.00 |
| Adjustments: | 0.00 |
| Ending Balance: | 100.00 |

| Hydraulic Oil Data (Gallons) | |
|---|---|
| Beginning Balance: | 0.00 |
| Total Transferred: | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| Consumed In Service: | 0.00 |
| Adjustments: | 0.00 |
| Ending Balance: | 0.00 |

| Commodity Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Time | Transaction | Commodity | Amount | Unit | Ticket # / AFE | Location |
| 20:26 | Consumed in Service | Fuel | -3,200.00 | Gallons | | GC-390 |

| Weather | | | | | |
|---|---|---|---|---|---|
| 20:00 | Seas: In Port | Winds: 5-10 Knots | Direction: SE |
| | Visibility: Horizon | Currents: In Port | Direction: In Port |
| | Conditions: Good | | Swells: In Port |

| Crew Onboard | | |
|---|---|---|
| Captain | James, Lester | All Day |
| Captain | Manuel, Jody | All Day |
| Deckhand | Bolt, Bruce | All Day |
| Deckhand | Leday, Jermey | All Day |
| Deckhand | Flora, Mark | To 07:15 |
| Deckhand | Leblanc, Dakota | All Day |
| Deckhand | Smith, Jalklye | Fm 07:15 To 19:00 |
| Deckhand | Flora, Mark | Fm 19:00 |

| Running Hours | |
|---|---|
| Engine Name | Hours |
| BT 1 | - |
| BT 2 | - |
| GEN 1 | 24.00 |
| GEN 2 | 2.00 |
| ME 1 | 12.00 |
| ME 2 | 12.00 |
| ME 3 | 12.00 |
| ME 4 | 12.00 |

| Commodity Totals | | |
|---|---|---|
| Commodity | Amount | Unit |

Flora v. Transocean

GLO/LLOG 00261

| Gear Oil Data (Gallons) | |
|---|---:|
| Beginning Balance: | 0.00 |
| Total Transferred: | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| Consumed In Service: | 0.00 |
| Adjustments: | 0.00 |
| Ending Balance: | 0.00 |

**Captain's Signature
For the Maggie A
Log Date: 5/26/2017**



**SAMM Master Log**
**For Asset: Maggie A**
**For Customer: LLOG Exploration**

11828 Highway 1
Larose, LA 70373

## Log Date: 05/27/2017

| From | Start Loc | To | End Loc | Activity Type / Customer | Duration | Remarks |
|---|---|---|---|---|---|---|
| 00:00 | LLOG Dock - Fourchon, LA | 24:00 | LLOG Dock - Fourchon, LA | Standing By / LLOG Exploration | 01:00:00 | |
| | | | | Total: | 24:00 | |

| Fuel Data (Gallons) | | Commodity Transactions | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance: | 30,100.00 | Time | Transaction | Commodity | Amount | Unit | Ticket # / AFE | Location |
| Total Transferred: | 0.00 | 22:53 | Consumed in Service | Fuel | -75.00 | Gallons | | GC-390 |
| Off: | 0.00 | Weather | | | | | Running Hours | |
| On: | 0.00 | 12:00 | Seas: In Port | Winds: 10-15 Knots | Direction: SE | | Engine Name | Hours |
| Consumed In Service: | -75.00 | | Visibility: Horizon | Currents: In Port | Direction: In Port | | BT 1 | - |
| Adjustments: | 0.00 | | Conditions: Good | | Swells: In Port | | BT 2 | - |
| Ending Balance: | 30,025.00 | Crew Onboard | | | | | GEN 1 | - |
| Lube Oil Data (Gallons) | | Captain | | James, Lester | | All Day | GEN 2 | 24.00 |
| Beginning Balance: | 100.00 | Captain | | Manuel, Jody | | All Day | ME 1 | - |
| Total Transferred: | 0.00 | Deckhand | | Bolt, Bruce | | All Day | ME 2 | - |
| Off: | 0.00 | Deckhand | | Leday, Jermey | | All Day | ME 3 | - |
| On: | 0.00 | Deckhand | | Leblanc, Dakota | | All Day | ME 4 | - |
| Consumed In Service: | 0.00 | Deckhand | | Flora, Mark | | All Day | Commodity Totals | |
| Adjustments: | 0.00 | | | | | | Commodity | Amount Unit |
| Ending Balance: | 100.00 | | | | | | | |
| Hydraulic Oil Data (Gallons) | | | | | | | | |
| Beginning Balance: | 0.00 | | | | | | | |
| Total Transferred: | 0.00 | | | | | | | |
| Off: | 0.00 | | | | | | | |
| On: | 0.00 | | | | | | | |
| Consumed In Service: | 0.00 | | | | | | | |
| Adjustments: | 0.00 | | | | | | | |
| Ending Balance: | 0.00 | | | | | | | |

Flora v. Transocean

**GLO/LLOG 00263**

| Gear Oil Data (Gallons) | |
|---|---:|
| **Beginning Balance:** | 0.00 |
| **Total Transferred:** | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| **Consumed In Service:** | 0.00 |
| **Adjustments:** | 0.00 |
| **Ending Balance:** | 0.00 |

**Captain's Signature
For the Maggie A
Log Date: 5/27/2017**