UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mark Flora, | § § § | |
| V. | § § | Civil Action No. 4:19-2328 |
| Transocean Drilling (USA), Inc., et al, | § § § § | |

## **ORDER**

Pending before the Court is the Motion for Joint Motion for an Amended Rule 16 Scheduling Order (Doc. # 48). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be granted. Accordingly, the Court hereby

ORDERS that the Joint Motion for an Amended Rule 16 Scheduling Order (Document # 48) is GRANTED. Discovery must be completed by June 1, 2021 and Motion cut-off is reset to June 30, 2021.

SIGNED on the __30__ day of March, 2021.

DAVID HITTNER
United States District Judge