United States District Court
Southern District of Texas
**ENTERED**
May 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARK FLORA § § *Plaintiff*, § § VS. § § TRANSOCEAN DRILLING (USA), § INC., ET AL. § *Defendants*. § | CIVIL ACTION NO.: 4:19-CV-2328 |

## ORDER

Pending before the Court is the parties Joint Notice to the Court Regarding the Submission Date for Grand Isle Shipyard Corporation's Motion for Summary Judgment (Dkt #__). Having considered the relief sought, the Court determines that the submission date for Grand Isle Shipyard Corporation's Motion for Summary Judgement should be moved to June 30, 2021. Accordingly, the Court hereby:

ORDERS that the motion docket date for Grand Isle Shipyard Corporation's Motion for Summary Judgment is hereby moved to June 30, 2021.

Signed at Houston, Texas, on this __7__ day of May 2021.

JUDGE DAVID HITTNER
United States District Judge