## UNSWORN DECLARATION OF STEVEN L. STEGEMAN

I, Steven L. Stegeman, make this unsworn declaration pursuant to 28 U.S.C. § 1746 and declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Steven L. Stegeman. I am over 18 years of age, of sound mind, and I have never been convicted of a felony or crime of moral turpitude. I am not aware of any condition or infirmity that would prevent me from testifying herein.

2. I am a Petroleum Engineer employed by LLOG Exploration Company, LLC ("LLOG") as Drilling Manager since 2008.

3. My responsibilities as Drilling Manager for LLOG include the design, implementation, and supervision of drilling, workover and completion operations for land, shelf and deep water projects.

4. In my capacity as LLOG's Drilling Manager, I am personally familiar with the drilling of LLOG's deep water offshore well on the outer continental shelf by the Seadrill West Neptune drillship in May 2017 at Green Canyon block 390, OCS-G-35865, Well SSW002 ("the Well").

5. Attached as Exhibit 1 are LLOG's Daily Drilling Reports for the Well from May 25, 2017 through May 28, 2017, which record the details of the drilling operations for the Well during that time period.

6. I have reviewed these Drilling Reports and can conclusively attest to the fact that as of May 24, 2017 and through May 28, 2017, the Seadrill West Neptune drillship was connected by drill pipe to the well head on the shelf seabed and the drill pipe extended below the mud line into the cased well bore.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THE 25TH DAY OF JUNE, 2019.

_Steven L. Stegeman_
STEVEN L. STEGEMAN

{L0533191.2}

**Exhibit E**