

**SAMM Master Log**
For Asset: Maggie A
For Customer: LLOG Exploration

Log Date: 05/25/2017

11828 Highway 1
Larose, LA 70373

| From | Start Loc | To | End Loc | Activity Type / Customer | Duration | Remarks |
|---|---|---|---|---|---|---|
| 00:00 | LLOG Dock - Fourchon, LA | 00:30 | LLOG Dock - Fourchon, LA | Standing By / LLOG Exploration | 00:00:30 | |
| 00:30 | LLOG Dock - Fourchon, LA | 06:00 | GC-390 | Underway / LLOG Exploration | 00:05:30 | w 19lifts and 5 passengers |
| 06:00 | GC-390 | 09:30 | GC-390 | Cargo Operations / LLOG Exploration | 00:03:30 | |
| 09:30 | GC-390 | 14:30 | LLOG Dock - Fourchon, LA | Underway / LLOG Exploration | 00:05:00 | w2lifts and 5 passengers |
| 14:30 | LLOG Dock - Fourchon, LA | 24:00 | LLOG Dock - Fourchon, LA | Standing By / LLOG Exploration | 00:09:30 | |
| | | | | Total: | 24:00 | |

### Fuel Data (Gallons)

| | |
|---|---|
| Beginning Balance: | 16,000.00 |
| Total Transferred: | 20,500.00 |
| Off: | 0.00 |
| On: | 20,500.00 |
| Consumed In Service: | -3,200.00 |
| Adjustments: | 0.00 |
| Ending Balance: | 33,300.00 |

### Lube Oil Data (Gallons)

| | |
|---|---|
| Beginning Balance: | 100.00 |
| Total Transferred: | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| Consumed In Service: | 0.00 |
| Adjustments: | 0.00 |
| Ending Balance: | 100.00 |

### Hydraulic Oil Data (Gallons)

| | |
|---|---|
| Beginning Balance: | 0.00 |
| Total Transferred: | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| Consumed In Service: | 0.00 |
| Adjustments: | 0.00 |
| Ending Balance: | 0.00 |

### Commodity Transactions

| Time | Transaction | Commodity | Amount | Unit | Ticket # / AFE | Location |
|---|---|---|---|---|---|---|
| 17:47 | On Load | Fuel | 20,500.00 | Gallons | 24467 / N/A | Stone Fuel |
| 17:48 | Consumed in Service | Fuel | -2,800.00 | Gallons | | GC-390 |
| 20:25 | Consumed in Service | Fuel | -400.00 | Gallons | | LLOG Dock |

### Weather

| 17:00 | Seas: | In Port | Winds: | 5-10 Knots | Direction: | SW |
|---|---|---|---|---|---|---|
| | Visibility: | Horizon | Currents: | In Port | Direction: | In Port |
| | Conditions: | Good | | | Swells: | In Port |

### Crew Onboard

| Captain | James, Lester | All Day |
|---|---|---|
| Captain | Manuel, Jody | All Day |
| Deckhand | Bolt, Bruce | All Day |
| Deckhand | Leday, Jermey | All Day |
| Deckhand | Flora, Mark | All Day |
| Deckhand | Leblanc, Dakota | All Day |

### Running Hours

| Engine Name | Hours |
|---|---|
| BT 1 | - |
| BT 2 | - |
| GEN 1 | 4.00 |
| GEN 2 | 24.00 |
| ME 1 | 14.00 |
| ME 2 | 14.00 |
| ME 3 | 14.00 |
| ME 4 | 14.00 |

### Commodity Totals

| Commodity | Amount | Unit |
|---|---|---|

**Exhibit H**

| Gear Oil Data (Gallons) | |
|---|---|
| Beginning Balance: | 0.00 |
| Total Transferred: | 0.00 |
| Off: | 0.00 |
| On: | 0.00 |
| Consumed In Service: | 0.00 |
| Adjustments: | 0.00 |
| Ending Balance: | 0.00 |

Captain's Signature
For the Maggie A
Log Date: 5/25/2017