UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mark Flora, | § § § | |
| V. | § § | Civil Action No. 4:19-2328 |
| Transocean Drilling (USA) Inc., et al, | § § § § | |

## ORDER

Pending before the Court is the Motion for Continuance of Trial (Doc. # 55).

Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Motion for Continuance of Trial (Doc. # 55) is DENIED.

SIGNED on the ___28___ day of June, 2021.

DAVID HITTNER
United States District Judge