United States District Court
Southern District of Texas
**ENTERED**
June 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mark Flora, | § § § | |
| V. | § § | Civil Action No. 4:19-2328 |
| Transocean Drilling (USA) Inc., et al, | § § § | |

## ORDER

After further consideration the Court grants the Motion for Continuance of Trial (Doc. # 55). The pretrial conference set for Friday, July 2, 2021 is canceled. The following dates shall govern this action and **no further continuances will be granted**.

Discovery must be completed by September 20, 2021.

Motions must be filed by October 29, 2021.

The joint pretrial is due January 28, 2022.

Trial term: February, 2022.

SIGNED on the ___29___ day of June, 2021.

DAVID HITTNER
United States District Judge