# GULF LOGISTICS OPERATING, INC.
## JOB SAFETY ANALYSIS WORKSHEET



Vessel Name: Maggie A.   Date: 5-25-17   Task at Hand: Rigging

| # | JOB DESCRIPTION | POTENTIAL HAZARDS | CONTROL OR CORRECTIVE ACTION TAKEN |
|---|---|---|---|
| 1 | Communication | Miscommunication | Get with all parties beforehand to discuss what is being loaded/offloaded before starting. Use VHF radios. |
| 2 | PPE | Personal injury | Wear all PPE for job, make sure it fits properly. |
| 3 | Taglines/inspect lifts | Uncontrolled loads, personal injury, vessel damage, slips, trips, falls | All lifts should have taglines. Use them to control lift from a safe distance. NEVER stand under lift. Lines should not have knots in them. Watch footing |
| 4 | Hand signals | Miscommunication, personal injury, vessel damage | Use proper hand signals with crane operator. Make sure he can see you. You are his eyes. PPE |
| 5 | Hook load/make lift, unhook loads | Personal injury, vessel damage, slips, trips, falls | Watch footing. ALWAYS have an escape route. NEVER get under a lift. Be aware of pinch points. Even "light" lifts can cause major injuries!! PPE |
| 6 | Stand clear, control with tagline, give hand signals | Personal injury, slips, trips, falls, pinch points, vessel damage | Be aware of footing and body location. PPE. Have an escape route. Use hand signals and taglines to direct/control lift off/on vessel safely. |
| 7 | Clear vessel, swing over water | Personal injury, vessel damage | Once lift is clear of deck, use hand signals to swing lift over water. In case something fails, it will not fall onto vessel. Never stand under a lift. |
| 8 | Stop Work Authority | SWA | If at any point you do not feel safe, call "All stop", or "Stop work authority (SWA)". Figure out safe way to complete job, make changes, continue working |

### TOOLS USED
Tag lines, crane, hand signals

### PERSONAL PROTECTIVE EQUIPMENT (check all that apply)

| Hard Hat | ✓ | Respirator | | Safety Glasses | ✓ | Steel Toe Shoes | ✓ | Hearing Protection | ✓ |
|---|---|---|---|---|---|---|---|---|---|
| Work Vest | ✓ | Gloves | ✓ | Face Shield | | Fall Protection | | Other | |

### COMMENTS:

RADIOS: Yes ✓  No        SUPERVISOR NEEDED? Yes ✓  No

JSA COMPLETED BY: J. Jenns    SIGNATURES:                    POSITION/TITLE: Cpt
BB Mark
BB
M Eck

GLO Form 2 LJSA R-2