# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MARK FLORA § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | CIVIL ACTION NO.: |
| § | 4:19-CV-2328 |
| TRANSOCEAN DRILLING (USA), § | |
| INC., ET AL. § | |
| *Defendants.* § | |

## JOINT NOTICE TO THE COURT REGARDING THE SUBMISSION DATE FOR LLOG EXPLORATION OFFSHORE, LLC'S MOTION FOR SUMMARY JUDGMENT

The parties file this joint notice to request that the motion docket date for LLOG Exploration Offshore, LLC's Motion for Summary Judgment be moved to August 27, 2021. The parties request that the docket date be moved to August 27, 2021 to allow additional time to take the deposition of Scott Sepulvado, which has been scheduled for July 19, 2021.[1]

---

[1] The parties request the submission date be moved to allow Plaintiff's counsel sufficient time to take the deposition of Mr. Sepulvedo, obtain a transcript of the deposition, and respond to LLOG Exploration Offshore, LLC's motion for summary judgment.

Respectfully submitted,

MORROW & SHEPPARD LLP

/s/ *Daniel E. Sheppard*
John D. Sheppard
State Bar No. 24051331
Federal I.D. 635193
Daniel E. Sheppard
State Bar No.  24103929
Federal I.D.  3120079
*msfiling@morrowsheppard.com*
*jsheppard@morrowsheppard.com*
*dsheppard@morrowsheppard.com*
5151 San Felipe Street, Suite 100
Houston, Texas 77056
Telephone:  (713) 489-1206
Facsimile:  (713) 893-8370

*Attorney for Plaintiff*
*Mark Flora*

BROWN SIMS, P.C.

*/s/Melanie G. Fordyce*
Michael D. Williams
State Bar No. 21564330
Federal I.D. 6982
*mwilliams@brownsims.com*
John G. H. Davis
State Bar No. 24012507
*jdavis@brownsims.com*
Melanie G. Fordyce
State Bar No. 24206702
Federal I.D. No. 1179595
*mfordyce@brownsims.com*
1177 West Loop South, 10th Floor
Houston, Texas 77027
Telephone:  (713) 629-1580
Facsimile:  (713) 629-5027

*Attorneys for Defendant,
Grand Isle Shipyard, LLC*

ALLEN & GOOCH A LAW CORPORATION

*/s/Alan J. Meche*
Alan J. Meche
State Bar No. 24025530
*AlanMeche@AllenGooch.com*
Randy Theunissen
State Bar No. 00795174
*RandyTheunissen@AllenGooch.com*
P. O. Box 81129
Lafayette, Louisiana 70598-1129
Telephone:  (337) 291-1480
Facsimile:  (337) 291-1485

*Attorneys for Defendants,*
*Gulf Logistics Operating, Inc. and Gulf*
*Logistics, LLC, and LLOG Exploration*
*Offshore, LLC (erroneously named as*
*LLOG Holdings, LLC)*

- 4 -

## Certificate of Service

    I hereby certify that on July 12, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF filing system. Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

*/s/Daniel E. Sheppard*
Daniel E. Sheppard

## Certificate of Conference

The parties are unopposed to the relief sought.

*/s/Daniel E. Sheppard*
Daniel E. Sheppard
