IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK FLORA | § | |
| | § | |
| VS. | § | C.A. NO. 4:19-CV-2328 |
| | § | |
| TRANSOCEAN DRILLING (USA), INC., ET AL. | § § § | |

## DECLARATION PURSUANT TO 28 U.S.C. §1746

**STATE OF LOUISIANA**

**PARISH OF LAFOURCHE**

### RANDY WHITTAKER

I, Randy Whittaker make this unsworn declaration pursuant to 28 U.S.C. § 1746 and declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.  I am a citizen of the United States, a resident of the Parish of Lafourche, over the age of 18, and fully competent to testify as to all matters set forth in this Declaration.  I have never been convicted of a felony or crime of moral turpitude and I am not aware of any condition or infirmity that would prevent me from testifying herein.

2.  I am the HSE Manager Gulf Logistics Operating, Inc., ("Gulf Logistics") and in this capacity I have personal knowledge of all facts set forth herein, which are true and correct.  I served in this capacity at the time of the incident upon which this lawsuit is based.

3.  On May 25, 2017, Mark Flora was employed by Gulf Logistics Operating, Inc.

**Exhibit B**

4.  Part of my duties include assisting in the investigation of accidents or incidents that occur offshore and providing employees with shore-side support. In this capacity I am personally familiar with the May 25, 2017 incident upon which this lawsuit is based and Mark Flora's medical appointments with Complete Occupational Health Services and Gulf Coast Orthopedics.

5.  I am also personally familiar with Mark Flora's continued employment with Gulf Logistics Operating, Inc. following the May 25, 2017 incident.

6.  On May 25, 2017 Gulf Logistics received information that Mark Flora reported that a headache ball lowered from a crane made contact with his left shoulder and foot during cargo offloading operations offshore. It was reported that Flora bruised his shoulder.

7.  On May 26, 2017 while in port, Flora presented to Complete Occupational Health Services to be evaluated for treatment. Flora was diagnosed with left shoulder and right foot contusions.

8.  Flora was released to full duty with no limitation on May 26, 2017. A true and correct copy of the Complete Occupational Health Services record is attached to this Declaration as **Exhibit 1**.

9.  As a result of his full duty release, Flora requested to, and did rejoin the vessel *M/V Maggie A* on May 26, 2017 and continued to work at full duty as a deckhand until June 11, 2017.

10. Mark Flora was paid his full rate for the entire regular hitch that encompassed the May 25, 2017 incident.

11. On June 12, 2017, Flora had a follow-up appointment with orthopedic specialist Dr. Michael Lasalle at Gulf Coast Orthopedics. He was assessed with a Type I left AC sprain. Flora was again released to return to work on his regularly scheduled hitch with no restrictions. A true and correct copy of the Gulf Coast Orthopedics record is attached as **Exhibit 2**.

12. Flora returned to his regularly scheduled hitch aboard the vessel *Maggie A* on June 28, 2017 and worked 19 days at full duty with no restriction before being promoted to captain of a different vessel, the *Ms. Alissa*.

13. Mark Flora was paid his full rate for all of the days he worked on the *Maggie A* before being promoted to captain of another vessel.

14. As a result of his promotion, Capt. Flora requested 9.5 days of personal time off before taking the helm of the vessel *Ms. Alissa* and his request was approved. Flora boarded the *Ms. Alissa* on August 1, 2017 and completed a regular 28 day hitch as captain at full duty with no restrictions.

15. Captain Flora was paid his full pay rate as a promoted captain for the entire 28 day hitch aboard the vessel *Ms. Alissa*.

16. On August 29, 2017, Capt. Flora presented to Dr. Michael LaSalle at Gulf Coast Orthopedics for a follow-up appointment and was again cleared for full duty without restriction.

17. Flora was expected to return on or about September 11, 2017 for his next hitch. Before then, Capt. Flora contacted Gulf Logistics and resigned and advised that he purchased a truck and was going to seek employment in Houston, Texas doing cleanup work following hurricane Harvey. His last day of work was August 28, 2017.

18. All medical bills from Flora's care and treatment at Complete Occupational Health Services and Gulf Coast Orthopedics were paid for in full by Gulf Logistics.

19. From the time of the May 25, 2017 incident until his last day of work on August 28, 2017 Gulf Logistics was not provided any record and is not aware of any medical provider that restricted Flora's ability to work and carry on his full duty without restriction.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on the 29th day of June, 2021.

RANDY WHITTAKER

STYLE OF
CASE : **MARK FLORA**

vs.

**TRANSOCEAN DRILLING
(USA), INC., ET AL.**

CASE NO. : **4:19-CV-2328**

PERTAIN TO : **Mark Flora**

FROM : **Complete Occupational Health Services
Medical**

DELIVER TO : **Michael D. Williams
Brown Sims, P.C.
1177 West Loop South, 10th Floor
Houston, TX  77027
Sarah E. Taylor**

Order No.  **14129.017**



GIS-FLORA 001073

No. 4:19-CV-2328

MARK FLORA                                          :
                                                    :
                                                    :
vs.                                                 :
                                                    :
TRANSOCEAN DRILLING                                 :
(USA), INC., ET AL.                                 :

## CERTIFICATION OF RECORDS

Records Pertaining To: **Mark Flora**

Type of Records: **Any and all medical records from 08/28/1969 to present, including, but not limited to, any and all patient information sheets, patient questionnaires, medical history forms, consents for treatment, and any other type of "new patient" documentation, reports, notes, tests, test results, diagnoses, prognoses, office records, clinic records, therapy records, mental health reports, psychological records, disability claim forms, affidavits, color copies of any and all photographs, correspondence and communication**

My name is _Hailey Angelette_____, I am over eighteen (18) years of age, of sound mind, and personally acquainted with the facts herein stated:

I am the Custodian of Records for:
**Complete Occupational Health Services**

Attached hereto are _____ pages of records from this facility.  These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.  The records attached hereto are the original or exact duplicates of the original.

_____
Custodian of Records

_____
Date

7/1/20

# Table of Contents

Office Notes/Visit Notes                                                     1
Labs/Diagnostic Testing                                                     18
Other Physician/Facility Records                                            24
Patient Information/Authorizations                                          33

**COMPLETE OCCUPATIONAL HEALTH SERVICES, LLC**
13554 Hwy 3235
Larose, LA 70373
Phone: (985) 693-8277   Fax: (985) 693-6055

DATE: 12.5.16

PATIENT'S NAME: Mark Flora                     SS#: ▮▮▮▮

| Height: | Weight: | BMI: | Pulse: | Resp: | BP: |
|---------|---------|------|--------|-------|-----|
| 5'11½" | 177 | 24.3 | 64 | 15 | 8/68 |

Vision:   Right 20/15   Left: 20/15

Corrected:   Right 20/   Left: 20/

—— Must wear corrective lenses and carry spare at all times

Allergies: PCN

Color Sense: wnl

Depth Perception: wnl

Comments: 47 year old M / F   ☑ NAD   ☑ PMH reviewed with pt

| | | None | Mild | Moderate | Severe |
|---|---|---|---|---|---|
| Head: ☐ Normal, atraumatic | Varicose Veins | | | | |
| Ears: ☑ Normal  ☑ TMS intact | Varicocele | | | | |
| Nose: ☑ Normal | Hydrocele | | | | |

Mouth:
Teeth: ___
Gums: ___
Tonsils: ___

Fractures:  Deformities:  Missing Extremities:
Ø

Heart: ☑ RRR   ☑ no murmur   ☐ _____

Arthritis: ☑ none reported

Lungs: ☑ CTA bilat   ☐ E/U resp ☐ _____

Nervous System: ☑ normal ☐ CN II-XII intact

Abdomen: ☑ soft, NT ND ☑ normal BS x4 ☐ obese ☐ ___

Reflexes: ☑ normal   ☐ 2+ bilat

Hernia:   Left: Ø
          Right: Ø

Posture: ☐ normal   ☐ no scoliosis

Spine: ☐ NT   ☑ normal ROM   ☐ _____

Communicable Disease: (skin or other) Denies

Motion: ☑ normal AROM

Lab: ☑ UA

Feet: ☐ normal  ☑ steady gait, normal balance

X-Ray:   CXR:

Cervical Spine Scar   Yes (No)
Thoracic Spine Scar   Yes (No)
Lumbar Spine Scar   Yes (No)
Knee Scar   L / R (No)

Cervical:

Lumbar: ___

☐ MEDICAL HOLD:
_____
_____
_____
DATE: _____

☑ CLEARED FULL DUTY AS:
Deckhand / captain
_____
_____

Medical Examiner: Marina D. MD

Date: 12/5/16

**ATTENTION: YOU MUST ANSWER TRUTHFULLY REGARDING THE BELOW MEDICAL CONDITIONS. FAILURE TO ANSWER TRUTHFULLY WILL RESULT IN IMMEDIATE TERMINATION AND FORFEITURE OF WORKERS COMPENSATION BENEFITS AND FORFEITURE OF MAINTENANCE AND CURE.**

Circle Y for YES and N for NO if you currently have the following symptoms or have in the past.

| Condition | Y/N | Condition | Y/N | Condition | Y/N |
|---|---|---|---|---|---|
| Hearing problems | Y N | Diabetes | Y N | Narcolepsy | Y N |
| Impaired speech/stuttering | Y N | HIV or AIDS | Y N | Sleep apnea | Y N |
| Deformities of face | Y N | Tuberculosis | Y N | Restless leg | Y N |
| Open tracheotomy | Y N | Neurofibromatosis | Y N | Loss of consciousness | Y N |
| Poor vision | Y N | Skin diseases | Y N | Stroke or TIA | Y N |
| History of eye disease or surgery | Y N | Lupus | Y N | Brain tumor | Y N |
| Abnormal color vision | Y N | Any kidney problems | Y N | Other brain/nerve disease | Y N |
| Glaucoma, cataract | Y N | Protein/sugar/blood urine | Y N | ADD, ADHD or bipolar | Y N |
| Asthma, Emphysema or COPD | Y N | Injured back/back pain | Y N | Depression | Y N |
| Collapsed lung/pneumothorax | Y N | Injured neck/neck pain | Y N | History of suicide attempt | Y N |
| Irregular heart beat | Y N | Injured hip | Y N | Schizophrenia | Y N |
| Heart murmur/valve replacement | Y N | Injured shoulder | Y N | Anxiety | Y N |
| Chest pain or angina | Y N | Injured leg·  right or left | Y N | Alcohol/substance abuse | Y N |
| Heart attack/myocardial infarction | Y N | Back surgery/injury | Y N | Loss of memory/amnesia | Y N |
| Congestive heart failure | Y N | Ruptured/herniated disc | Y N | Other psychiatric disease | Y N |
| Heart surgery/stent/angioplasty | Y N | Fractures requiring surgery | Y N | Sleepwalking | Y N |
| Pacemaker or defibrillator | Y N | Recurrent neck/back pain | Y N | Bedwetting since age 12 | Y N |
| Any other heart condition | Y N | Any joint problems | Y N | Sex change | Y N |
| High blood pressure | Y N | Amputations or prosthesis | Y N | Allergic reactions | Y N |
| Aneurysm or blockages | Y N | Carpal tunnel | Y N | Any other disease/surgery | N |
| Pulmonary embolus/blood clots | Y N | Difficulty walking/climbing | Y N | Any hospitalization | N |
| Gastrointestinal bleeding/ulcers | Y N | Sciatica or nerve pain | Y N | Received workers compensation | Y N |
| Crohn's disease/ulcerative colitis | Y N | Bone/joint disorder | Y N | Received disability benefits | Y N |
| Hepatitis, jaundice or cirrhosis | Y N | Motion/sea sickness | Y N | Rec'd disability rating from physician | Y N |
| Gallbladder problems/stones | Y N | Impaired balance | Y N | MRI, CT Scan, Discogram or Myelogram | Y N |
| Intestinal surgery | Y N | Vertigo or dizziness | Y N | Lifting restrictions from a physician | Y N |
| Any form of cancer | Y N | Numbness/paralysis | Y N | Injury or illness which required | |
| Any blood disorders | Y N | Head injury/skull fracture | Y N | loss time from work | N |
| Prostate problems | Y N | Seizures or epilepsy | Y N | Work release program | Y N |
| Thyroid disorder | Y N | Recurrent headaches | Y N | Tobacco use? | N |
| | | | | If yes, how many years? | 25 |

Describe "Yes" answers:(Date diagnosed, date occurred...)

Allergic- Penicilin    Hernia Surgery  1999  off work for 1 month
(Hip  injury)

List all current medications including condition for which substance is taken:

None

**DATE OF BIRTH:** _____   **SS#** _____   Phone # ( 832 ) 877 - 1144

**Address:** _____

Mach A. Flora
**Print Name**

_____

**Signature**

12 / 05 / 2016
**Date**

Deck hand / Capetain
**Occupation/Job Title**

Great Gulf Logistics
**Company**

**ATTENTION: YOU MUST ANSWER TRUTHFULL{** ... **ONDITIONS. FAILURE TO ANSWER TRUTHFULLY**
**WILL RESULT IN IMMEDIATE TERMINATION AN** ... **NSATION BENEFITS AND FORFEITURE OF**
**MAINTENANCE AND CURE.**
*Circle Y for YES and N for NO if you currentl}* ... **ave in the past.**

Operator: 01
No. 200240

| | LEU | - | neg |
| | NIT | - | neg |
| | URO | - | 3.5 umol/L |
| | PRO | - | neg |
| | pH | 6.0 | |
| | BLD | - | neg |
| | SG | 1.030 | |
| | KET | - | neg |
| | BIL | - | neg |
| | GLU | - | neg |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hearing problems | Y N | | | | Narcolepsy | Y N |
| Impaired speech/stuttering | Y N | | | | Sleep apnea | Y N |
| Deformities of face | Y N | | | | Restless leg | Y N |
| Open tracheotomy | Y N | | | | Loss of consciousness | Y N |
| Poor vision | Y N | Skin diseases | Y N | Stroke or TIA | Y N |
| History of eye disease or surgery | Y N | Lupus | Y N | Brain tumor | Y N |
| Abnormal color vision | Y N | Any kidney problems | Y N | Other brain/nerve disease | Y N |
| Glaucoma, cataract | Y N | Protein/sugar/blood urine | Y N | ADD, ADHD or bipolar | Y N |
| Asthma, Emphysema or COPD | Y N | Injured back/back pain | Y N | Depression | Y N |
| Collapsed lung/pneumothorax | Y N | Injured neck/neck pain | Y N | History of suicide attempt | Y N |
| Irregular heart beat | Y N | Injured hip | Y N | Schizophrenia | Y N |
| Heart murmur/valve replacement | Y N | Injured shoulder | Y N | Anxiety | Y N |
| Chest pain or angina | Y N | Injured leg   right or left | Y N | Alcohol/substance abuse | Y N |
| Heart attack/myocardial infarction | Y N | Back surgery/injury | Y N | Loss of memory/amnesia | Y N |
| Congestive heart failure | Y N | Ruptured/herniated disc | Y N | Other psychiatric disease | Y N |
| Heart surgery/stent/angioplasty | Y N | Fractures requiring surgery | Y N | Sleepwalking | Y N |
| Pacemaker or defibrillator | Y N | Recurrent neck/back pain | Y N | Bedwetting since age 12 | Y N |
| Any other heart condition | Y N | Any joint problems | Y N | Sex change | Y N |
| High blood pressure | Y N | Amputations or prosthesis | Y N | Allergic reactions. | Y N |
| Aneurysm or blockages | Y N | Carpal tunnel | Y N | Any other disease/surgery | Y N |
| Pulmonary embolus/blood clots | Y N | Difficulty walking/climbing | Y N | Any hospitalization | Y N |
| Gastrointestinal bleeding/ulcers | Y N | Sciatica or nerve pain | Y N | Received workers compensation | Y N |
| Crohn's disease/ulcerative colitis | Y N | Bone/joint disorder | Y N | Received disability benefits | Y N |
| Hepatitis, jaundice or cirrhosis | Y N | Motion/sea sickness | Y N | Rec'd disability rating from physician | Y N |
| Gallbladder problems/stones | Y N | Impaired balance | Y N | MRI, CT Scan, Discogram or Myelogram | Y N |
| Intestinal surgery | Y N | Vertigo or dizziness | Y N | Lifting restrictions from a physician | Y N |
| Any form of cancer | Y N | Numbness/paralysis | Y N | Injury or illness which required | |
| Any blood disorders | Y N | Head injury/skull fracture | Y N |     loss time from work | Y N |
| Prostate problems | Y N | Seizures or epilepsy | Y N | Work release program | Y N |
| Thyroid disorder | Y N | Recurrent headaches | Y N | Tobacco use? | Y N |
| | | | | | If yes, how many years? | 30 |

*Describe "Yes" answers:(Date diagnosed, date occurred...)*

Shoulder Injury recent, Allergic to Penicilen,
Hernia surgery 20 years c full recovery

List all current medications including condition for which substance is taken:

None

**DATE OF BIRTH:** [redacted]     **SS#** [redacted]     Phone # ( 832 ) 877 - 1144

**Address:**

Mark Flora     **AGE:** 47     Deckhand

**Print Name**     **Occupation/Job Title**

     5  126 / 17     GLO

**Signature**     **Date**     **Company**

HT 5'11"   BW 120 LBS

*allergies*: PCN   wt 168 ) P   61

Mark   FLORA
DOS 5.20/17

**COMPLETE OCCUPATIONAL
HEALTH SERVICES, LLC**

temp: 97.8

**Upper Extremity Injury**

**ARM &
SHOULDER**
__nml inspection
__non-tender
__nml ROM

see diagram_____
(tenderness) soft-tissue / bony_____
swelling / ecchymosis
(/)limited ROM   PROM_____
(/)deformity_____

**TIME SEEN:** 9:50 AM **ROOM:** _____ __ EMS Arrival
**HISTORIAN:** (patient) __spouse __paramedics_____
· HX / __EXAM LIMITED BY:_____
☐ ambulance notes reviewed

**HPI** **chief complaint:** (injury to) right /(left)
hand   wrist   forearm   elbow   arm
(shoulder) collar-bone area

**duration / occurred:**
__just prior to arrival
__today
(yesterday)_____
_____ days PTA

**where:**
__home        __school
__neighbor's  __park
(work)        __street
(w/comp)      __casino

**context:** __fell __blow __incised __crushed __burn
crane hydrahe ball hit side of hand hit
then hit top of (R) shoulder. Crane
hook hit tip of (R) foot
**severity of pain:** __mild (moderate) __severe

**ROS** (tingling / numbness distally) (suspected FB (skin lac))
__head / neck / other injuries (R) foot

**PAST HISTORY:** (negative) __peptic ulcer   R / L HANDED
__prior injury __other problems_____
Hernia repair 20 years ago
**Meds** (none) __see nurses note_____
**Allergies** __NKDA / (see nurses note) PCN
**SOCIAL HISTORY**_____

☑Nurses note reviewed ☑Tetanus immun. current ☑Vital signs reviewed
**PHYSICAL EXAM** (Alert)
**Distress** (NAD) __mild __moderate __severe
**EXTREMITIES**
**HAND** __see diagram_____
(nml inspection) __tenderness soft-tissue / bony_____
(non-tender) __swelling / ecchymosis_____
__deformity_____

**WRIST** __see diagram_____
(nml inspection) __tenderness soft-tissue / bony_____
(soft-tender) __tenderness in anatomical snuff box_____
(nml ROM) __wrist pain on axial thumb load_____
__swelling / ecchymosis_____
__limited ROM_____
__deformity_____

**FOREARM &
ELBOW** __see diagram_____
(nml inspection) __tenderness soft-tissue / bony_____
(non-tender) __swelling ecchymosis_____
(nml ROM) __limited ROM_____
__deformity_____

**NEURO-VASC-TENDON**
(sensation intact) __sensory / motor deficit_____
(motor intact)
(no vascular
compromise) __pallor / cool skin / abnml cap refill_____
(tendon function __pulse deficit radial ulnar_____
normal)
__deficit in tendon function_____

T = Tenderness
S = Swelling
E = Ecchymosis

tenderness
abrasions
bruising

- mild tenderness to dorsal (R) foot
(R) bruising / swelling
Pt. declines xray at this time.

**SKIN**
__warm, dry__ ___diaphoretic / cool / cyanotic_____

_Abrasions @ shoulder_

**HEAD / ENT**
__nml inspection__ ___tenderness_____
__pharynx nml__ ___swelling / ecchymosis_____

**NECK / BACK**
__nml inspection__ ___tenderness_____
__non-tender__ ___swelling / ecchymosis_____

**CHEST**
__no resp. distress__ ___tenderness_____
__non-tender__ ___swelling / ecchymosis_____
__breath snds nml__

**ABDOMEN**
__non-tender__ ___tenderness / guarding_____
__no organomegaly__

**XRAYS**  ☑Interp. by me  ☐Reviewed by me  ☐Discsd w/radiologist
R / L  hand  wrist  forearm  elbow  humerus  **shoulder**
__normal / NAD__ ___DJD_____
__no fracture__ ___dislocation_____
__nml alignment__ ___soft-tissue swelling_____
__no foreign body__ ___positive anterior fat-pad sign_____
___positive posterior fat-pad sign_____
___foreign body_____
___fracture_____

**Other**   study: _____

☐See separate report

**PROCEDURES:**
__splint__   _Velcro · OCL / Ortho-glass / Plaster · Aluminum-foam_
_Volar · Thumb spica  Ulnar · Wrist  Sugar-Tong  Cock-up  Colles_
___applied by ED Physician / Orthopedist / Tech_____
___examined post splint application   NV intact   alignment good_
__sling__
__nursemaid's elbow reduced with supination__
__foreign body removed__   _with forceps   with incision_

Upper Extremity Injury - 06

**WOUND DESCRIPTION / REPAIR**
length____ cm  location_____
NVT_ intact ___see NVT exam (front side)_
depth/shape/contamination
__superficial__ __linear__ __stellate__ ___contused tissue__
__SQ__ __irregular__ __nail avulsed__
__muscle__ __flap__ __angular__
__clean__ __contaminated__ _minimally / moderately / ᵇ heavily_
with_____
**ANESTHESIA** __LET / TAC__ __local__ __digital / metacarpal block__
__lidoc 1% 2% epi / bicarb__ __marcaine .25% .5% epi__
**WOUND PREP**
__Hibiclens / Shur-Clens / Betadine / Neosporin__
___debrided__
__irrigated / washed with saline__ _minimal / ᵇ mod. / ᵉ extensive_
_minimal / mod. / ᵇ extensive_ __undermined__
__wound explored__ _minimal / mod. / ᵉ extensive._
__foreign material removed__ __wound margins revised__
__partially completely__ __multiple flaps aligned__
**WOUND REPAIR**
_Wound closed with:  wound adhesive / Dermabond / steri-strips._
SKIN- #____ ___-0  nylon / prolene / staples_
__interrupted __running __simple __mattress ( h / v )_
SQ- #____ ___-0  vicryl_____
__interrupted __running __simple __mattress ( h / v )_
OTHER- #____ ___-0  material:_____
__interrupted __running __simple __mattress ( h / v )_
ᵃmay indicate intermediate repair  ᵇmay indicate intermediate or complex repair

**PROGRESS:**
rest, ice
Ibuprofen as directed
TD ap
Stretches as directed
RTC if sx persist/worsen or new s/s
F/U in 3 days if not resolved
__Prior records ordered__
__Rx given__
__Discussed with Dr._____ Time:_____
_will see patient in:  office / ED / hospital_

**CLINICAL IMPRESSION**   _Fall   Alleged Assault_
**Contusion**  R / L  **shoulder**  forearm  wrist
Hematoma   arm  elbow  hand
Sprain
Laceration
Fracture   R / L   radius   _distal / shaft / proximal_
Dislocation   ulna   _distal / shaft / proximal / ulnar styloid_
Colles fracture
humerus  _distal / shaft / proximal / supracondylar_

@ foot contusion

**DISPOSITION-** ☑home ☐admitted ☐transferred ☐expired ☐AMA
☐eloped ☐Obs ☐LWBS ☐Other_____
**CONDITION-** ☐good ☐fair ☐poor ☐critical ☐improved
☐stable ☐unchanged

_Marina Diz, PA2_   PA

☑Template Completed        ☐Dictated Addendum       MD / DO

## **Complete Occupational Health Services, LLC**
### **13554 HWY 3235**
### **LAROSE, LA 70373**

PHONE: 985 693 8277                    FAX: 985 693 6055

ATTENDING PROVIDER: _Marissa Diaz PA-C_

COMPANY NAME: _Gulf Logistics_

COMPANY CONTACT: _Randy_

**PATIENT INFORMATION:**

PATIENT NAME : _Mark Flora_

DATE OF BIRTH: ▮▮▮▮▮

DATE OF INJURY/ILLNESS : _8/28/09_

DESCRIPTION OF INJURY/ILLNESS : _(Lft) Shoulder pain_

INJURY/ILLNESS OCCURRED ON : LAND ___ MOTOR VESSEL ✓PLATFORM ___ OTHER_____

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

**WORK STATUS/RESTRICTIONS:** (to be completed by attending physician)

Diagnosis _(1) shoulder contusion_ _____ ICD-9 _____
_(2) foot contusion_

**RETURN TO WORK STATUS**
◊ **FULL DUTY** release with no limitation on _5/26/17_ (date).
◊ **Sedentary Work.** Maximum 10 pounds lifting; limited standing or walking.
◊ **Light Work.** Maximum 20 pounds lifting; carry objects less than 10 pounds for short periods.
◊ **Medium Work.** Maximum 50 pounds lifting; carry objects 25 pounds for short periods.
◊ **Heavy Work.** Maximum 100 pounds lifting; carry objects up to 50 pounds.
◊ **Other:** _____
◊ **Patient is totally incapacitated at this time.**
◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
**POST ACCIDENT DRUG SCREEN:**
▨DOT      ▨NON DOT      ▨DOT ALCOHOL   ▨NON DOT ALCOHOL
◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
**TREATMENT/RECOMMENDATIONS:** (to be completed by attending physician)
_As directed_
_FM PRN_

Next Appointment Date: ___/___/___          Referral to: _____
Provider Signature: _Marissa D, PAC_ _____ Date: _5/26/17_

STYLE OF
CASE :   **MARK FLORA**

        **vs.**

        **TRANSOCEAN DRILLING
(USA), INC., ET AL.**

CASE NO. :   **4:19-CV-2328**

PERTAIN TO :   **Mark Flora**

FROM :   **Gulf Coast Orthopedics
Medical**

DELIVER TO :   **Michael D. Williams
Brown Sims, P.C.
1177 West Loop South, 10th Floor
Houston, TX  77027
Ryan Brown**

Order No.  **14129.020**



GIS-FLORA 001394

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

MARK FLORA §
§
§
vs. § CIVIL ACTION NO. 4:19-CV-2328
§
TRANSOCEAN DRILLING §
(USA), INC., ET AL. §

### DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  Gulf Coast Orthopedics
Records Pertaining To: Mark Flora
Type of Records: Any and all medical records from 08/28/1969 to present, including, but not limited to, any and all
    patient information sheets, patient questionnaires, medical history forms, consents for treatment, and
    any other type of "new patient" documentation, reports, notes, tests, test results, diagnoses, prognoses,
    office records, clinic records, therapy records, mental health reports, psychological records, disability
    claim forms, affidavits, color copies of any and all photographs, correspondence and communication

1.  Please state your full name.

    Answer: Mandy L. Folse

2.  Please state by whom you are employed, the business address and phone number.

    Employer: Gulf Coast Orthopedics

    Address: 1001 School St. Houma, LA 70360

    Phone Number: 985-868-1540

3.  What is the title of your position or job?

    Answer: Medical Record Custodian

4.  Are the medical records, outlined in the subpoena duces tecum, pertaining to the above-named person, in your custody or
    subject to your control, supervision or direction?

    Answer: yes

5.  Are you able to identify these medical records as the originals or true copies of the originals?

    Answer: yes

Order No. 14129.020

6. What is the retention period for these records?

Answer: 7 years

7. Please hand to the Officer taking this deposition copies of the medical records mentioned in Question No. 5. Have you complied? If not, why?

Answer: No. Records mailed to Champion Records

8. Are the copies which you have handed to the Officer taking this deposition true and correct copies of all such medical records?

Answer: Yes

9. Were such medical records kept in the regular course of business of this facility?

Answer: Yes

10. Please state whether or not it was the regular course of business of the above mentioned facility for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record.

Answer: Yes

11. Were the medical records made by nurses, doctors and other employees or representatives made at or near the time when the acts, events, conditions, courses of treatment, diagnoses and other information contained therein occurred, were observed or rendered, or made reasonably soon thereafter?

Answer: Yes

_Mandy L Folse_
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _Mandy L Folse_ known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this 8th day of September , 20 20 .

_Shannon LeBoeuf_
Commission Expires:

Order No. 14129.020

Shannon LeBoeuf
Notary ID: 138994
State of Louisiana, Parish of Terrebonne
Commissioned for Life



## GULF COAST ORTHOPEDICS
A Division of Houma Orthopedic Clinic, AMC

### CERTIFICATION OF RECORDS

Date: 8|6|2020

Name: Mark Flora

DOB: ██████████

This is to certify that the attached is a true copy of requested medical and billing records described in your request, subpoena, summons or court order. As custodian of medical records for Gulf Coast Orthopedics and Open MRI of Louisiana, I certify these records.

These records were prepared by the personnel of Gulf Coast Orthopedics in the course and scope of this facility's business.

Pages of records: 15

If you have questions regarding this matter, please contact our office.

Sincerely,

*Mandy L. Folse*

Mandy L. Folse
Gulf Coast Orthopedics
Open MRI of Louisiana
Medical Record Custodian

Gulf Coast Orthopedics
1001 School Street
Houma, Louisiana 70360

(985)868-1540 PHONE
(985)876-0759 FAX
www.gulfcoastorthopedics.com

GIS-FLORA 001403

[5/14/2019][Page 1 of 3]

# History and Physical

| | | | |
|---|---|---|---|
| **Patient Name:** | Mark Flora | **Visit Date:** | June 12, 2017 |
| **Patient ID:** | 283401 | **Provider:** | Michael A. LaSalle, MD |
| **Sex:** | Male | **Location:** | Gulf Coast Orthopedics A Division of Houma Orthoped |
| **Birthdate:** | ▓▓▓▓▓▓▓ | | |
| **Referring Provider:** | Dr. Jody Plaisance | **Location Address:** | 1001 School Street Houma, LA  703604629 |
| | | **Location Phone:** | (985) 868-1540 |

## Chief Complaint

- Left Shoulder Pain

## History Of Present Illness

The patient, Mark Flora, is a 47 year old Caucasian/White male who is self referred for evaluation of left shoulder pain. It DOES PAIN RADIATE

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| *No Known Past Medical History | -- | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| HERNIA | -- | -- |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| PENICILLINS | -- | -- | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| *No Known Family History | / | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| deck hand | -- | --/-- | -- | -- |
| Divorced | -- | --/-- | -- | -- |
| Home Alone | -- | --/-- | -- | -- |
| Tobacco | -- | --/-- | -- | -- |

## Review of Systems

**Constitutional**
   o **Denies** : body aches, night sweats
**Eyes**
   o **Denies** : impaired vision
**HENT**
   o **Denies** : headaches, sinus congestion
**Breasts**
   o **Denies** : lumps, tenderness, swelling, nipple discharge
**Cardiovascular**
   o **Denies** : chest pain, syncope
**Respiratory**

[Digital Signature Validated]

GIS-FLORA 001405

1

[5/14/2019][Page 2 of 3]

- o **Denies** : shortness of breath, wheezing, cough

**Gastrointestinal**
- o **Denies** : nausea, vomiting, diarrhea, constipation, blood in stools

**Genitourinary**
- o **Denies** : urgency, frequency, dysuria, incontinence

**Integument**
- o **Denies** : rash, changes to existing skin lesions or moles

**Neurologic**
- o **Denies** : dizziness

**Musculoskeletal**
- o **Admits** : symptoms in HPI

**Endocrine**
- o **Denies** : polyuria, polydipsia, cold intolerance, heat intolerance

**Psychiatric**
- o **Denies** : anxiety, depression, feeling confused, difficulty sleeping, excessive anger

**Heme-Lymph**
- o **Denies** : easy bleeding, easy bruising, lymph node enlargement or tenderness

**Allergic-Immunologic**
- o **Denies** : sinus allergy symptoms, frequent illnesses

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | HC |
|------|------|-----|----------|------|-----|-----------|-----|-----|---------|-----|-----|------|------|--------|-----|
| 06/12/2017 | 08:49 AM | 127/84 | Sitting | | | | 66 - R | | | | | | | | |

## Physical Examination

**Constitutional**
- o **Appearance** : well-developed, well-nourished

**Eyes**
- o **Conjunctivae** : conjunctivae normal

**Respiratory**
- o **Respiratory Effort** : breathing even and unlabored

**Neurological/Psychiatric**
- o **Mood and Affect** : mood normal, affect appropriate
- o **Mental Status Examination** :
  - ▪ **Orientation** : grossly oriented to person, place and time

## Assessment

- • Acute pain of left shoulder    719.41/M25.512
- • Acromioclavicular sprain, left, initial encounter    840.0/S43.52XA

## Plan

**Orders**
- o Shoulder, 3 Views, Left (73030LT) - 719.41/M25.512 - 06/12/2017

**Instructions**
- o ------------------------INSTRUCTIONS------------------------
- o Risks, benefits and options about this diagnosis and treatment plan were discussed with patient. After questions were answered, the patient verbalized understanding.
- o Please, if you have access to a computer, visit: The Academy of Orthopedic Surgeons website and access the Patient Information section at, www.AAOS.org.
- o ----------------------WORK STATUS----------------------
- o Regular duty

**Disposition**
- o Return Visit Request in/on 5 weeks +/- 2 days (32829).

HPI: The patient presents with left shoulder pain after an injury he sustained three weeks ago when a metal object fell and hit him right on the shoulder at the level of the AC joint and caused an abrasion through the skin at this level out

[Digital Signature Validated]

[5/14/2019][Page 3 of 3]

laterally.  This has since healed up.

PHYSICAL EXAM:  He does have scarring noted.  His pain is in the AC joint, pain with cross body adduction with forward flexion, full range of motion, mild weakness in strength due to pain.

X-RAYS:  Radiographs of his left shoulder are normal.

ASSESSMENT:  Type I left AC sprain.

PLAN:  I recommend activities as tolerated.  He is off for two weeks.  I think he should be able to return to work with no restrictions.  At that point, he will follow-up in one month.

Michael A. LaSalle, MD
MAL/br26 (GAUD2566, :14)

**Electronically Signed by:** Michael A. LaSalle, MD -Author on June 14, 2017 01:43:55 PM

[Digital Signature Validated]

**Patient Name** _____

## Past Medical History

| Illness / Injury | Yes | No | Illness / Injury | Yes | No |
|---|---|---|---|---|---|
| High blood pressure | | ✓ | Kidney disease | | ✓ |
| Diabetes | | ✓ | Liver disease | | ✓ |
| Heart attack | | ✓ | Females ONLY: Are you or could you be pregnant? | | |
| Chest pain or angina | | ✓ | AIDs or HIV infection | | ✓ |
| Stroke | | ✓ | Thyroid problems | | ✓ |
| Cancer | | ✓ | Shortness of breath | | ✓ |
| Hepatitis | | ✓ | Blood Clots | | ✓ |
| Stomach Ulcers | | ✓ | Bleeding tendency | | ✓ |
| Arthritis | | ✓ | Accidents / Broken bones (please list) | | ✓ |
| Gout | | ✓ | | | |
| Anesthetic complications | | ✓ | | | |

## Past Surgical History

| Year | Name of Operation | Type of Anesthetic (general, regional, local) | Complications |
|---|---|---|---|
| 2000 | Hernia | ? | none |
| | | | |
| | | | |
| | | | |

## Family Medical History (Do you have a family history of any of the following illnesses?)

| Illness | Yes | No | Illness | Yes | No |
|---|---|---|---|---|---|
| Cancer | | ✓ | Rheumatoid Arthritis | | ✓ |
| Heart Disease | | ✓ | Degenerative Arthritis | | ✓ |
| High Blood Pressure | ✓ | | Thyroid Disease | | ✓ |
| Diabetes | | ✓ | Immune Disorders | | ✓ |

## Review of Systems

| Constitutional Symptoms | Yes | No | Gastrointestinal | Yes | No | Neurological | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Recent weight change | ✓ | | Loss of appetite | | ✓ | Frequent headaches | | ✓ |
| Fever | ✓ | | Nausea or vomiting | ✓ | | Light headed or dizzy | | ✓ |
| Unexplained sweating | ✓ | | Frequent diarrhea | | ✓ | Seizures | | ✓ |
| **Eyes** | | | Constipation | | ✓ | Numbness or tingling | | ✓ |
| Wear glasses or contacts | | ✓ | Rectal bleeding or blood in stool | | ✓ | Tremors | | ✓ |
| Blurred or double vision | ✓ | | Black tarry stools | | ✓ | Paralysis | | ✓ |
| Glaucoma | | ✓ | Regular abdominal pain or heartburn | | ✓ | **Psychiatric** | | |
| **ENT** | | | **Genitourinary** | | | Memory loss or confusion | | ✓ |
| Hearing loss | | ✓ | Frequent urination | | ✓ | Anxiety | | ✓ |
| Regular nose or gum bleeding | | ✓ | Burning or painful urination | | ✓ | Depression | | ✓ |
| Sore throat | ✓ | | Blood in urine | | ✓ | Insomnia | | ✓ |
| Swollen glands in neck | | ✓ | Incontinence or dribbling | | ✓ | **Endocrine** | | |
| **CV** | | | Female:# of pregnancies | | | Glandular or Hormone Problem | | ✓ |
| Irregular heart beats | | ✓ | Female:# of miscarriages | | | Excessive thirst or urination | | ✓ |
| Shortness of breath walking or lying flat | | ✓ | **Musculoskeletal** | | | Heat or cold intolerance | | ✓ |
| Swelling in feet, ankles, and hands | | ✓ | Joint pain | ✓ | | Changes in hair or nails | ✓ | |
| Fainting spells | | ✓ | Joint stiffness and swelling | ✓ | | **Hematology** | | |
| Elevated cholesterol | ✓ | | Morning stiffness | ✓ | | Bruising tendency | | ✓ |
| **Respiratory** | | | Difficulty walking | | ✓ | Amnesia | | ✓ |
| Chronic or frequent coughing | | ✓ | Muscle cramping | ✓ | | Need for past transfusion | | ✓ |
| Spitting up blood | | ✓ | **Integumentary** | | | | | |
| Regular shortness of breath | | ✓ | Rash or itching | | ✓ | Height | 5-11 | |
| Emphysema | | ✓ | Changes in skin color | | ✓ | Weight | 170 | |
| Regular wheezing | | ✓ | Varicose veins | | ✓ | | | |

I certify that to the best of my knowledge the preceding information is true and accurate.

_Patient Signature (or parent if patient is a minor)_

6-12-17
_Date_

Acct # 283401



**Employee Work Release Form**

Name: Mark Flora    DOB: ▐▐▐    Date: 6/12/17

Diagnosis: LT Shoulder Pain, AC Sprain

According to the physical exam and diagnostic findings, this patient may participate in:

- ○ Very heavy lifting without restrictions (lifting greater than 100 pounds)

- ○ Heavy labor without restrictions (lifting 75-100 pounds)

- ○ Medium labor (able to lift no heavier than 50 pounds)

- ○ Light duty (no lifting greater than 25 pounds)

- ○ Clerical/sedentary duty

- ○ No work

The above restrictions are: ___ temporary ___ permanent

**This patient is:**

- ○ Cleared for work according to job description discussed with employee rep _____

- ☒ Cleared for duties with NO restrictions    Regular Duty

- ○ Cleared with the following restrictions:

_____

_____

_____

**PLAN:**

Follow up appointment: ____ 5 weeks

Discharge Medications: _____

Physical Therapy/Testing/Procedures: _____

(1010 Forms and clinical paperwork will be faxed to adjuster within 48 hours of office visit)

Provider: _____    Date: 6/12/17

1001 School Street   Houma, Louisiana 70360  Phone (985)868-1540  Fax (985) 853-1117

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Mark Flora | **Visit Date:** | August 29, 2017 |
| **Patient ID:** | 283401 | **Provider:** | Michael A. LaSalle, MD |
| **Sex:** | Male | **Location:** | Gulf Coast Orthopedics A Divison of Houma Orthoped |
| **Birthdate:** | | | |
| **Referring Provider:** | Michael A. LaSalle MD | **Location Address:** | 1001 School Street Houma, LA 703604629 |
| | | **Location Phone:** | (985) 868-1540 |

## Chief Complaint

- Left Shoulder Pain

## History Of Present Illness

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| *No Known Past Medical History | -- | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| HERNIA | -- | -- |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| PENICILLINS | -- | -- | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| *No Known Family History | / | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| deck hand | -- | --/-- | -- | -- |
| Divorced | -- | --/-- | -- | -- |
| Home Alone | -- | --/-- | -- | -- |
| Tobacco | -- | --/-- | -- | -- |

## Review of Systems

**Constitutional**
- Denies : body aches, night sweats

**Eyes**
- Denies : impaired vision

**HENT**
- Denies : headaches, sinus congestion

**Breasts**
- Denies : lumps, tenderness, swelling, nipple discharge

**Cardiovascular**

[Digital Signature Validated]

[5/14/2019][Page 2 of 2]

- o **Denies** : chest pain, syncope

**Respiratory**
- o **Denies** : shortness of breath, wheezing, cough

**Gastrointestinal**
- o **Denies** : nausea, vomiting, diarrhea, constipation, blood in stools

**Genitourinary**
- o **Denies** : urgency, frequency, dysuria, incontinence

**Integument**
- o **Denies** : rash, changes to existing skin lesions or moles

**Neurologic**
- o **Denies** : dizziness

**Musculoskeletal**
- o **Admits** : symptoms in HPI

**Endocrine**
- o **Denies** : polyuria, polydipsia, cold intolerance, heat intolerance

**Psychiatric**
- o **Denies** : anxiety, depression, feeling confused, difficulty sleeping, excessive anger

**Heme-Lymph**
- o **Denies** : easy bleeding, easy bruising, lymph node enlargement or tenderness

**Allergic-Immunologic**
- o **Denies** : sinus allergy symptoms, frequent illnesses

## Physical Examination

**Constitutional**
- o **Appearance** : well-developed, well-nourished

**Eyes**
- o **Conjunctivae** : conjunctivae normal

**Respiratory**
- o **Respiratory Effort** : breathing even and unlabored

**Neurological/Psychiatric**
- o **Mood and Affect** : mood normal, affect appropriate
- o **Mental Status Examination** :
  - ▪ **Orientation** : grossly oriented to person, place and time

## Assessment

- Acute pain of left shoulder    719.41/M25.512
- Acromioclavicular sprain, left, subsequent encounter    V58.89/S43.52XD

## Plan

**Instructions**
- o -----------------------INSTRUCTIONS-----------------------
- o Risks, benefits and options about this diagnosis and treatment plan were discussed with patient. After questions were answered, the patient verbalized understanding.
- o Please, if you have access to a computer, visit: The Academy of Orthopedic Surgeons website and access the Patient Information section at, www.AAOS.org.
- o -----------------------WORK STATUS-----------------------
- o The patient is cleared for duties without restrictions.

**Disposition**
- o Call or Return if symptoms worsen or persist.

**Electronically Signed by:** Michael A. LaSalle, MD –Author on August 29, 2017 01:44:53 PM

[Digital Signature Validated]

GIS-FLORA 001413

9

Acct# 283401



**GULF COAST ORTHOPEDICS**
A Division of Houma Orthopedic Clinic, AMC

Employee Work Release Form

Name: MARK FLORA          DOB: ▮▮▮▮▮   Date: 8/29/17

Diagnosis: Lt Shoulder Pain, AC Sprain

According to the physical exam and diagnostic findings, this patient may participate in:

o   Very heavy lifting without restrictions (lifting greater than 100 pounds)

o   Heavy labor without restrictions (lifting 75-100 pounds)

o   Medium labor (able to lift no heavier than 50 pounds)

o   Light duty (no lifting greater than 25 pounds)

o   Clerical/sedentary duty

o   No work

The above restrictions are: ___ temporary ___ permanent

**This patient is:**

o   Cleared for work according to job description discussed with employee rep _____

☑   Cleared for duties with NO restrictions

o   Cleared with the following restrictions:

_____

_____

_____

**PLAN:**

Follow up appointment: _____ PRN _____

Discharge Medications: _____

Physical Therapy/Testing/Procedures: _____

(1010 Forms and clinical paperwork will be faxed to adjuster within 48 hours of office visit)

Provider: _Mark Soileau_          Date: _8/29/17_____

1001 School Street   Houma, Louisiana 70360  Phone (985)868-1540  Fax (985) 853-1117