United States District Court
Southern District of Texas
**ENTERED**
November 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK FLORA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: |
| | § | 4:19-CV-2328 |
| TRANSOCEAN DRILLING (USA), | § | |
| INC., ET AL. | § | |
| *Defendants.* | § | |

## ORDER ON PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER TO EXTEND TIME TO DESIGNATE EXPERT AND PRODUCE EXPERT REPORT

The Court has considered Plaintiff's Motion to Modify Scheduling Order to Extend Time to Designate Expert and Produce Expert Report (Dkt. 77) and is of the opinion that it should be GRANTED. Therefore, Plaintiff's deadline to designate maritime expert Mr. Michael Lebsack and produce an expert report from Mr. Lebsack is November 12, 2021.

SIGNED on November __1__, 2021.

Judge David Hittner