# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Mark Flora

v.                                                  Case Number: 4:19–cv–02328

Transocean Drilling (USA) Inc., et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

David Hittner

**PLACE:**    Courtroom 8A
                 United States District Court
                 515 Rusk Avenue
                 Houston, Texas 77002

**DATE:** 1/27/2022

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Pretrial Conference


Date:     December 16, 2021

                                                                                 Nathan Ochsner, Clerk