United States District Court
Southern District of Texas
**ENTERED**
December 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mark Flora, | § | |
| | § | |
| v. | § | C.A. Action H-19-2328 |
| | § | |
| Transocean Drilling (USA) Inc., et al, | § § | |

**ORDER**

The Court hereby

ORDERS that the parties in the above referenced cause shall exchange all trial exhibits on or before the 28th day of January, 2022 notwithstanding that a motion for continuance, motion for summary judgment, motion to dismiss or other dispositive motion may be pending. No late exchanges will be permitted. Failure to timely exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

SIGNED at Houston, Texas, on this 16th day of December, 2021.

_David Hittner_
DAVID HITTNER
United States District Judge