United States District Court
Southern District of Texas
**ENTERED**
January 20, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Mark Flora, § | |
| § | |
| v. § | C.A. H-19-2328 |
| § | |
| Transocean Drilling (USA) § | |
| Inc., et al, § | |

### ORDER

IT IS HEREBY

ORDERED that this case is reset to the June, 2022 trial term. The Joint Pretrial Order is due on or before May 27, 2022.

SIGNED at Houston, Texas, on this 20th day of January, 2022.

_____
DAVID HITTNER
United States District Judge