

**BOURGEOIS MEDICAL CLINIC**
1201 Kenneth Street
Morgan City, LA 70380
Phone: (985) 384-3355    Fax: (985) 384-2884

Date:    06/11/20

**Name:** Flora, Mark A.
**Company:** Superior Marine Int. (Servicio)

**Date of Exam:** 06/11/2020
**Division:**

The above named individual has been evaluated for the position listed with the following results:

| | **Physically Fit** | | **Medically Cleared for:** |
|---|---|---|---|
| ☐ | **Physically Fit With Restriction:** | ☐ | Crane Operator / CDL |
| | | ☐ | Offshore Work / USCG MMD / STCW |
| ☐ | Must Wear Hearing Protection in High Noise Areas | ☐ | Overseas Work / OGUK (UKOOA) |
| | | ☐ | Danish/Norwegian/Panamanian/Vanuatu |
| ☐ | No Work Where Hearing Loss is a Risk to Individual or Others | ☐ | Diver / Tender / Supervisor Only |
| | | ☐ | Respirator (Negative Pressure) |
| | | ☐ | Painter / Sandblaster / Airline Supplied |
| ☐ | No Work with or around Hazardous Machinery | ☐ | SCBA |
| | | ☐ | HUET / BOSIET Training |
| ☐ | No Work at Unprotected Heights Above Six Feet | ☐ | Asbestos Surveillance |
| | | ☐ | Benzene Surveillance |
| ☐ | No Driving Company Vehicles | ☐ | Cadmium / Lead Surveillance |
| | | ☐ | Food Handler |
| ☐ | No Offshore Work | ☐ | Labs Reviewed - OK for Work |
| ☐ | No Rotating Shift Work | ☐ | |
| ☐ | No Lifting > _____ pounds | ✓ | **Deferred for Further Evaluation:** |
| ☐ | No Repetitive Bending | ☐ | See Personal Physician Regarding: |
| ☐ | Must Wear Eye Protection at ALL Times | | _____ |
| ☐ | Must Wear Vision Correction for (Near)/ Far / Near and Far Vision | ✓ | Need Complete Medical Records RE: Back Injury - to include Imaging studies |
| ☐ | Abnormal Color Vision - No Work Where Normal Color Vision is Required | ☐ | Needs Current / Recent Cardiac Eval (Including Functional Stress ECG) |
| ☐ | May Not Stand SOLO Night Vessel Watch | ☐ | Recheck _____ ☐ in AM |
| ☐ | Employee should not take SAFETY SENSITIVE MEDICATIONS. Follow up with Personal Physician for weaning or medication change. | ☐ | Needs Vision Correction |
| ☐ | _____ | | **Unable to Clear for Position Listed:** |
| ☐ | _____ | | |
| ☐ | _____ | | *David Bourgeois* |
| | | | ___MGB ___RMB ___MJB ✓DPB |

Fitness Report© Bourgeois Medical Clinic 2020

**EXHIBIT 2**

GLO 01440