# Meche, Alan

| | |
|---|---|
| **From:** | Meche, Alan |
| **Sent:** | Wednesday, January 12, 2022 11:08 AM |
| **To:** | 'Daniel Sheppard'; 'Melanie G. Fordyce' |
| **Cc:** | Schexneider, Angela |
| **Subject:** | Mark Flora v. Seadrill et al |
| **Attachments:** | GLO 01426-01444 Servicio Employment Records.PDF |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | 'Daniel Sheppard' | | |
| | 'Melanie G. Fordyce' | | |
| | Schexneider, Angela | Delivered: 1/12/2022 11:08 AM | Read: 1/12/2022 2:55 PM |

Daniel, Melanie:

Attached please find Capt. Flora's employment records of Servicio Marina Superior, LLC. At least according to these records, Captain Flora sustained and has been treated for some sort of back injury referenced therein.

**To Daniel,** we call upon Capt. Flora to immediately disclose the identity of any and all medical providers and facilities who have treated him for back complaints and to provide us with all medical records, films and other relevant medical information regarding same. Furthermore, pursuant to the F.R.C.P., we request immediate disclosure and supplementation of all outstanding discovery propounded to Capt. Flora to which this issue is responsive so that my clients can fully discover this issue and determine what additional discovery is necessary.



Alan J. Meche
337.291.1480 Direct Dial
337.291.1485 Direct Fax

**Allen & Gooch, A Law Corporation**
2000 Kaliste Saloom Road, Suite 400
Lafayette LA 70508
V-Card

**CONFIDENTIALITY NOTICE:** This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Allen & Gooch immediately by telephone (337-291-1000) and destroy the original message. Messages sent to and from us may be monitored.



EXHIBIT 3