IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK FLORA | § | |
| | § | |
| VS. | § | C.A. NO. 4:19-CV-2328 |
| | § | |
| TRANSOCEAN DRILLING (USA), INC., ET AL. | § § | |

## **ORDER**

Before this Court is the Motion to Reopen Discovery Based on New Evidence and to Compel Supplemental Discovery Responses from Plaintiff filed by Defendants Gulf Logistics Operating, Inc., Gulf Logistics, LLC, LLOG Exploration Offshore, LLC and Grand Isle Shipyards, LLC. Having considered the motion, this Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Discovery is hereby reopened for a period of 60 days from the date of this Order. It is further ORDERED that the Motion to Compel be GRANTED. Plaintiff will supplement outstanding discovery identifying all medical providers and employers subsequent to the date of incident sued upon within 30 days.

Houston, Texas, this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE