IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARK FLORA | § |
| | § |
| vs. | § CIVIL ACTION NO. 4:19-CV-2328 |
| | § |
| TRANSOCEAN DRILLING | § |
| (USA), INC., ET AL. | § |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: Smith Maritime, Inc.
Records Pertaining To: Mark Flora
Type of Records: Any and all accident/injury reports and medical records contained in the personnel file pertaining to Mark Flora; DOB: 08/28/1969; SSN: XXX-XX-8088

1. Please state your full name and telephone number.

   Name: Elise Anderson

   Phone Number: 904-284-0503

2. Please state by whom you are employed and the business address.

   Employer: Smith Maritime, Inc.

   Address: P.O. Box 188 / 967 Bulkhead Road / Green Cove Springs, FL 32043

3. What is the title of your position or job?

   Answer: Company Financial Officer

4. Are these memoranda, reports, records, or data compilations, outlined in the subpoena duces tecum, pertaining to the above-named entity, in your custody or subject to your control, supervision or direction?

   Answer: Smith Maritime, Inc does not have any medical/accident records on file.

5. Are you able to identify these aforementioned records as the originals or true and correct copies of the originals?

   Answer: No records on file

Order No. 14129.043



EXHIBIT 2

6. Please hand to the Officer taking this deposition copies of the memoranda, reports, records, or data compilations, mentioned in Question No. 4. Have you complied? If not, why?

   Answer: __No records on file__

7. Are the copies which you have handed to the Officer taking this deposition true and correct copies of such memoranda, reports, records, or data compilations.

   Answer: __No records on file__

8. Were such memoranda, reports, records, or data compilations kept in the regular course of business of this facility?

   Answer: __No records on file__

9. Was it in the regular course of business of this facility for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record?

   Answer: __No records on file__

10. Were the entries on these records made at or shortly after the time of the transaction recorded?

    Answer: __No records on file__

11. What is the retention period of these types of records?

    Answer: __No records on file__

12. Was the method of preparation of these records trustworthy?

    Answer: __No records on file__

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____

Order No. 14129.043