Case 4:19-cv-02328   Document 89   Filed on 03/10/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 11, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| **Cause Number:** | 4:19-cv-2328 |
| **Style:** | Flora v. Transocean Drilling (USA) Inc., et al. |

**Appearances:**

| Counsel: | Representing: |
|---|---|
| Daniel Sheppard | Mark Flora, Plaintiff |
| Melanie Fordyce and John Davis | Grand Isle Shipyard, LLC, Defendant |
| Alan Meche | Gulf Logistics LLC, Gulf Logistics Operating LLC, Gulf Logistics Services LLC, and LLOG Holdings LLC, Defendants |

| | | | |
|---|---|---|---|
| Date: | March 10, 2022 | ERO: | ERO |
| Time: | 10:00 a.m. /10:06 a.m. | Law Clerk: | L. Eckols |

## HEARING
## MINUTES AND ORDER

A hearing was held on Defendants' Motion to Reopen Discovery Based on New Evidence and To Compel Supplemental Discovery Responses from Plaintiff. ECF No. 84. The motion is granted.

Plaintiff shall make a diligent effort to determine all injuries, workplace or not, sustained by Plaintiff after the accident that is the subject of this case. Plaintiff shall identify all medical providers seen by Plaintiff post accident. By March 18, 2022, Plaintiff shall turn over that information.

By April 29, 2022, Defendants may seek records and depositions of any new medical providers.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Peter Bray
United States Magistrate Judge