COURTROOM MINUTES

JUDGE David Hittner                                                PRESIDING

COURTROOM CLERK     Ellen Alexander

COURT REPORTER      David Smith

LAW CLERK           Chuck Matula

MORNING                AFTERNOON
SESSION_____       SESSION   3:00 - 4:10      DATE: 6/7/22

---

DOCKET ENTRY

(DH ) 4:19-2328                (Rptr- David Smith                    )
     (PROCEEDING: Pretrial Conference   )

Mark Flora,                V.   Transocean Drilling (USA) Inc., et al,

   Appearances: For Plaintiff: Daniel Sheppard

   For Defendants: Alan Meche, John Davis and Melanie Fordyce

Pretrial Conference held.    Written order to issue.

==============================================================================

Witnesses: