UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK FLORA | § § | |
| VS. | § § | C.A. NO. 4:19-CV-2328 |
| TRANSOCEAN DRILLING (USA), INC., ET AL. | § § § | |

**DEFENDANTS' INITIAL TRIAL PLAN**

COMES NOW, Defendants Gulf Logistics Operating, Inc., Gulf Logistics, LLC, LLOG Exploration Offshore, LLC and Grand Isle Shipyard, LLC, who file this Initial Trial Plan pursuant to and in compliance with the Court's Trial Scheduling Order (Doc. 95) indicating proposed sequence and time allotments for each witness  Defendants intend to call the following witnesses at trial with an estimated of time for direct examination of each witness. The time allotments referenced is a total for direct examination for all Defendants.

1. Capt. Mark Flora **(90 minutes)**
2. Capt. Lester James **(60 minutes)**
3. Randy Whitaker **(45 minutes)**
4. Duroc Shexnaydre **(60 minutes)**
5. Eric Callais **(45 minutes)**
6. Ralph Lagarde **(60 minutes)**

7. James Bassi **(45 minutes)**

8. Scott Sepulvado **(60 minutes)**

9. Capt. Ron Campana **(60 minutes)**

10. Capt. David Scruton **(90 minutes)**

11. Michael Roberts DC **(90 minutes)**

12. Gregory Harvey MD **(45 minutes)**

13. Andrew Lee MD **(45 minutes)**

14. George Platt MD **(45 minutes)**

15. Brian Parker NP **(45 minutes)**

16. David Bourg NP **(60 minutes)**

17. Taylor Brown MD **(90 minutes)**

**Total: 1,035 minutes or 17.25 hours.**

Respectfully submitted:

ALLEN & GOOCH
A LAW CORPORATION

_____
ALAN J. MECHE (SBOT#24025530)
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70598-1129
Telephone: (337) 291-1480
Fax: (337) 291-1485
Email: AlanMeche@AllenGooch.com

*Attorneys for Defendants, Gulf Logistics Operating, Inc. Gulf Logistics, LLC and LLOG Exploration Offshore, LLC*

Of Counsel:

ALLEN & GOOCH
A LAW CORPORATION

Randy Theunissen (SBOT #00795174)
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70598-1129
Telephone: (337) 291-1240
Fax: (337) 291-1245
Email: RandyTheunissen@AllenGooch.com

        BROWN SIMS, P.C.

        */s/Melanie Fordyce*
        Michael D. Williams
        State Bar No. 21564330
        Federal I.D. 6982
        *mwilliams@brownsims.com*
        John G. H. Davis
        State Bar No. 24012507
        *jdavis@brownsims.com*
        Melanie G. Fordyce
        State Bar No. 24206702
        Federal I.D. No. 1179595
        *mfordyce@brownsims.com*
        1177 West Loop South, 10th Floor
        Houston, Texas 77027
        Telephone: (713) 629-1580
        Facsimile: (713) 629-5027

        *Attorneys for Defendant,*
        *Grand Isle Shipyard, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing instrument has this day been served on all parties through the Court's electronic filing system and as noted below in accordance with the Federal Rules of Civil Procedure:

( ) Hand Delivery     ( ) Prepaid U.S. Mail    ( ) U.S. Mail/CMRRR
(X) Email                ( ) Facsimile            ( ) Overnight Mail Service

Lafayette, Louisiana, this 8th day of July 2022.

John D. Sheppard
Daniel Sheppard
MORROW & SHEPPARD, LLP
3701 Kirby Drive, Suite 1000
Houston, TX 77098

_____
ALAN J. MECHE (SBOT#24025530)